IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTHONY MICHAEL SPEARS                                      PLAINTIFF

        v.               Civil No. 08-5203

SHERIFF KEITH FERGUSON;
CORPORAL BECKER; DEPUTY
GRANT; CAPTAIN HUNTER
PETRAY; CORPORAL LOCKHART;
LIEUTENANT CARTER; and
DEPUTY ARHANGELSKY                                        DEFENDANTS

**O R D E R**

Now on this 11th day of March, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #28), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's Motion for Summary Judgment is **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                     /s/ Jimm Larry Hendren
                                                     **JIMM LARRY HENDREN**
                                                     **UNITED STATES DISTRICT JUDGE**